IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 FEB -5  A 9: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |  |
|---|---|---|
| Charlene Lewis, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:08 CV 79 |
| | ) | |
| Kenney M. Hancock, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

COMES NOW the Defendant, KENNEY M. HANCOCK, and pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, hereby removes this cause from the Circuit Court of Montgomery County, Alabama, wherein it is now pending, to the United States District Court for the Middle District of Alabama, Northern Division, and shows unto this Court as follows:

## REMOVAL PROCEDURE

1.     Plaintiff, Charlene Lewis, instituted this action on or about December 31, 2007, by filing a Complaint in the Circuit Court of Montgomery County, Alabama. A copy of all pleadings and process filed with the Montgomery County Circuit Court in this action has been attached hereto as Exhibit "A."

2.     Defendant first received notice of the Complaint on January 8, 2008, when he was served.

3.     This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

4.     A copy of this notice of removal has been filed this day with the Clerk of the Circuit Court of Montgomery County, Alabama, as provided by law, and is being served upon all counsel of record.  A copy of the Notice to the Clerk of the Circuit Court of Montgomery County is attached hereto as Exhibit "B."

5.     By filing this Notice of Removal, Defendant is not to be construed as having accepted or waived objection to Plaintiff's improper service of process.  Defendant expressly reserves the right to later plead or contend insufficiency of process and/or insufficiency of service of process, in addition to his other pleadings and defenses.

## PARTIES

6.     Plaintiff states in her Complaint that she is a resident citizen of Montgomery County, Alabama.  (See Complaint, ¶ 1.)

7.     Defendant is alleged in the Complaint to be a resident citizen of the State of Kentucky. (See Complaint, ¶ 2).

## PLAINTIFFS' CAUSES OF ACTION

8.     As set forth in the Complaint, Plaintiff has alleged claims of negligence (Count One) and wantonness (Count Two) against Defendant, arising out of an automobile accident that took place on or about December 31, 2005[1], on North Ripley Street in Montgomery County, Alabama. (Complaint, ¶ 5).

---

[1] December 31, 2005 is the date set forth in the Complaint.  The Defendant disputes this date and contends the accident took place on December 11, 2005.

9.     Plaintiff Charlene Lewis alleges that she has suffered "great pain and suffering," including "severe pain and suffering" and that she was "caused to incur medical expenses in and about the treatment of her injuries [and ] was caused to lose time from her employment and wages." (Complaint, ¶¶ 7-11).

10.     Based on these alleged harms, Plaintiff "demands judgment against" the Defendant (Complaint, ¶¶ 8, 11), in an unspecified amount.

## DIVERSITY JURISDICTION

11.     This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

12.     This action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

13.     As demonstrated in paragraphs 6-7 above, there is complete diversity of citizenship between all parties to this action.  (See ¶¶ 6-7 above).

14.     Based on the Complaint and the medical treatment known to this Defendant, as well as Defendant's automobile policy limits and the amount customarily received for such injuries, Defendant reasonably anticipates that Plaintiff's amount in controversy for purposes of diversity jurisdiction will exceed $75,000, exclusive of interest and costs.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant Kenney M. Hancock requests that this Court consider this notice as provided by law governing the removal of cases to this Court; that this Court will make the proper orders to achieve the removal of this cause from the

Circuit Court of Montgomery County, Alabama, to this Court; and that this Court will make such other orders as may be appropriate to effect the preparation and filing of a true record in this cause of all proceedings that may have been had in the Circuit Court of Montgomery County, Alabama.

Respectfully submitted this 5th day of February, 2008.

_____
Michael L. White (ASB-4263-W86M)

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL 36101-0239
Tel:    (334) 264-9472
Fax:    (334) 264-9599

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been duly served upon the below named by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed on this the 5th day of February, 2008.

Valerie Murry Smedley, Esq.
459 South McDononough Street
Montgomery, AL 36104

_____
Of Counsel

## IN THE CIRCUIT COURT OF
## MONTGOMERY COUNTY, ALABAMA

CHARLENE LEWIS                              }
                                            }
     Plaintiff                           }
                                            }
vs.                                         }     CASE NO. CV-2007- 2053
                                            }
KENNEY M. HANCOCK                           }
and Fictitious Defendants "A","B" and "C,"  }
being those persons, firms,                 }
partnerships, or corporations having        }
an interest in or in any way connected with }
the ownership, operation and maintenance    }
of the automobile.involved, whose names     }
are otherwise unknown but will be added by  }
amendment when ascertained,                 }
                                            }
     Defendants.                         }

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2007 DEC 31  PM 12: 29

### SUMMONS

To Any Sheriff or any person authorized by Rule 4.1 (B) of the Alabama Rules of Civil Procedure to effect service in the State of Alabama;

You are hereby commanded to serve this summons and a copy of the Petition in this action upon defendant.

### KENNEY M. HANCOCK
### 434 FAIR STREET
### MONTICELLO, KENTUCKY  42633

Each defendant is required to serve a copy of a written answer to the complaint upon plaintiff's attorney, whose address is:

### VALERIE MURRY SMEDLEY
### 459 SOUTH McDONOUGH STREET
### MONTGOMERY, ALABAMA  36104

within **thirty (30) days** after service of this summons excluding the day of service of the summons and to file the original of said answer with the Clerk of this Court at the time of service of the answer upon the Attorney of Record for the Plaintiff or within a reasonable time thereafter.

EXHIBIT
A

If any defendant fails to do so, a judgment by default may be entered against that defendant for the relief claimed in the complaint.

*Melissa Rittenour* KR

Circuit Court Clerk
Montgomery County Courthouse
Montgomery, Alabama

Dated 12-31-07

### IN THE CIRCUIT COURT OF
### MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| CHARLENE LEWIS | } |
| Plaintiff | } |
| | } |
| vs. | } CASE NO. CV-2007- 2053 |
| | } |
| KENNEY M. HANCOCK | } |
| and Fictitious Defendants "A","B" and "C," | } |
| being those persons, firms, | } |
| partnerships, or corporations having | } |
| an interest in or in any way connected with | } |
| the ownership, operation and maintenance | } |
| of the automobile involved, whose names | } |
| are otherwise unknown but will be added by | } |
| amendment when ascertained, | } |
| | } |
| Defendants. | } |

2007 DEC 31 PM 12:30
FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY

### COMPLAINT

### PARTIES

1. The plaintiff, Charlene Lewis, is a resident of the State of Alabama, Montgomery County and is over the age of nineteen (19) years.

2. The defendant, Kenney M. Hancock, is a resident of the State of Kentucky. Upon information and belief, the defendant is over the age of nineteen (19) years.

3. Fictitious Defendants "A", "B" and "C", those persons, firms, corporations and other entities who may have an interest in the ownership, operation and maintenance of the automobile involved, whose names are not known at this time, but will be substituted when ascertained.

**JURISDICTION**

4.  The automobile accident made the basis of this complaint occurred in the City of Montgomery, Montgomery County, Alabama.

**FACTS**

5.  On or about December 31, 2005, upon a public highway, to-wit: North Ripley Street at or near the intersection of E. Jefferson Street in the City of Montgomery, Alabama, Defendant Kenney M. Hancock negligently caused or allowed a motor vehicle to collide with a motor vehicle occupied by the plaintiff.

**COUNT I**

**NEGLIGENCE**

6.  Plaintiff incorporates by reference paragraphs 1 thru 5 above as if set out fully herein.

7.  As a proximate result of Kenney M. Hancock's said negligence, the plaintiff was caused to suffer severe injuries to her body.  She was caused to incur medical expenses in and about the treatment of her injuries.  Plaintiff was caused to lose time from her employment and wages.

8.  As a proximate result of Defendant Kenney M. Hancock's said negligence, the plaintiff was caused great pain and suffering from the said injuries.

WHEREFORE, the premises considered, plaintiff demands judgment against defendant in an amount within the jurisdictional limits of this Court.

**COUNT II**

**WANTONNESS**

9.  Plaintiff incorporates by reference paragraphs 1 thru 8 above as if set out fully herein.

10. As a proximate result of Defendant Kenney M. Hancock's said wantonness, the plaintiff was caused to suffer severe injuries to her body. She was caused to incur medical expenses in and about for the treatment of her injuries. Plaintiff was caused to lose time from her employment and wages.

11. As a proximate result of Defendant Kenney M. Hancock's said wantonness, the plaintiff was caused great pain and suffering from the said injuries.

WHEREFORE, the premises considered, plaintiff demands judgment against defendant in an amount within the jurisdictional limits of this Court.

VALERIE MURRY SMEDLEY          SME003
**Attorney for Plaintiff Charlene Lewis**

**ADDRESS OF COUNSEL:**

459 South McDonough Street
Montgomery, AL    36104
(334) 230-9596

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* \| B. Date of Delivery *1-8-08*<br><br>C. Signature<br>X _Dawn C. Co_ ☑ Agent ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>CV-07-2053- A1 |

1. Article Addressed to:

Kenney M. Hancock
434 Fair Street
Monticello, Kentucky
42633

| 3. Service Type | |
|---|---|
| ☒ Certified Mail | ☐ Express Mail |
| ☐ Registered | ☒ Return Receipt for Merchandise |
| ☐ Insured Mail | ☐ C.O.D. |
| 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |

2. Article Number *(Copy from service label)*

7004 2510 0002 2373 2932

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952



**AlaFile E-Notice**

03-CV-2007-002053.00

Judge: CHARLES PRICE

To:  SMEDLEY VALERIE MURRY
     valeriesmedley@bellsouth.net

# NOTICE OF SERVICE

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### CHARLENE LEWIS V. KENNEY M. HANCOCK
### 03-CV-2007-002053.00

The following matter was served on 1/8/2008

**D001 HANCOCK KENNEY M**

**CERTIFIED MAIL**

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950

**IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA**

Charlene Lewis,                          )
                                         )
      Plaintiff,                          )
                                         )
v.                                       )          Case No.: CV-07-2053
                                         )
Kenney M. Hancock, et al,                )
                                         )
      Defendants.                         )
                                         )

**NOTICE OF FILING NOTICE OF REMOVAL**

      COMES NOW the Defendant, Kenney M. Hancock, and hereby gives notice to the Clerk of Court of Montgomery County, Alabama, and the parties hereto that said Defendant has removed this case to the United States District Court for the Middle District of Alabama, Northern Division. The contents of the Notice of Removal, a copy of which is made an exhibit hereto, are hereby adopted and reincorporated as if fully set forth herein.

      Respectfully submitted this the 5th day of February, 2008.


                                      /s/ Michael L. White
                                    Michael L. White (WHI095)

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL 36101-0239
Tel:   (334) 264-9472
Fax:   (334) 264-9599

**EXHIBIT**

**B**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been duly served upon the below named

by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed on

this the 5th day of February, 2008.

Valerie Murry Smedley, Esq.
459 South McDononough Street
Montgomery, AL 36104


                                            ___ /s/ Michael L. White_____
                                            Of Counsel

DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003742
Cashier ID: khaynes
Transaction Date: 02/05/2008
Payer Name: WEBSTER HENRY LYONS AND WHITE
------------------------------------
CIVIL FILING FEE
 For: WEBSTER HENRY LYONS AND WHITE
 Case/Party: D-ALM-2-08-CV-000079-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 15864
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

Charlene Lewis v. Kenney M. Hancock