**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **Charlene Lewis,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No.: 2:08-cv-79-MEF-CSC |
| ) | |
| **Kenney M. Hancock,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Kenney M. Hancock, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____        _____

_____        _____


02/13/08                                /s/ Michael L. White
Date                                    Counsel

                                        Kenney M. Hancock
                                        Counsel for

                                        P.O. Box 239, Montgomery, AL 36101
                                        Address, City, State Zip Code

                                        334-264-9472                           .
                                        Telephone Number

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document has been duly served upon the below named by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed on this the 13th day of February, 2008.

Valerie Murry Smedley, Esq.
459 South McDonough Street
Montgomery, AL 36104

                                            /s/ Michael L. White_____
                                            Of Counsel