IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLENE LEWIS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:08-cv-79-MEF |
| | ) |
| KENNEY M. HANCOCK, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #3) filed on February 5, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on March 11, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 4, 2008. The defendant may file a reply brief on or before March 11, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 19th day of February, 2008.

                                                      /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE