**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CHARLENE LEWIS** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| Vs. | )    Case No.: 2:08-cv-79-MEF-CSC |
| | ) |
| **KENNEY M. HANCOCK** | ) |
| | ) |
|     **Defendant** | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the plaintiff, Charlene Lewis, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entitles reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

   __x__    This party is an individual, or

   ____    This party is a governmental entity, or

   ____    There are no entities to be reported, or

   ____    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
| March 27, 2008 | /s/Valerie Murry Smedley_____ |
|    Date | Counsel for the Plaintiff |

                            459 South McDonough Street
                            Montgomery, AL   36104
                            (334) 230-9596
                            attysmedley@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon the Honorable Michael L. White, Attorney for the Defendant, P.O. Box 239, Montgomery, AL   36101, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, on this the 27th day of March, 2008.

/s/Valerie Murry Smedley_____
Attorney for the Plaintiff