**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **CHARLENE LEWIS,** | ) | |
| **PLAINTIFF,** | ) | |
| **V.** | ) | **CASE NO.:** |
| **KENNEY M. HANCOCK,** | ) | **2:08-CV-79-MEF-CSC** |
| **DEFENDANT.** | ) | |

**MOTION TO SET HEARING ON
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, Kenney M. Hancock, and moves this Honorable Court to set a hearing on his Motion for Summary Judgment in the above-styled cause. As grounds for his motion, the Defendant states:

1) This matter was removed from State Court and filed with this Court on February 5, 2008.

2) The Defendant answered the Complaint filed herein and filed his properly supported Motion for Summary Judgment on February 5, 2008.

3) On February 19, 2008, this Honorable Court issued an Order directing that *"the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 4, 2008."* (See February 19, 2008 Order attached hereto as Exhibit "A.")

4) As of the filing of this motion, the Plaintiff has failed to comply with the Court's Order of February 19, 2008.

5)    As per the Defendant's Motion for Summary Judgment, the Defendant is due summary judgment due to the Plaintiff's failure to file her action prior to the expiration of the applicable statute of limitations. (See *Defendant Kenney M. Hancock's Motion for Summary Judgment, Narrative Summary of Undisputed Fats, and Brief of Applicable Law* attached hereto as Exhibit "B.")

WHEREFORE, THE PREMISES CONSIDERED, the Defendant moves this Court to set a hearing on his Motion for Summary Judgment in this matter at its earliest convenience.

MICHAEL L. WHITE (WHI095)

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL 36101
Telephone: 334-264-9472
Facsimile: 334-264-9599

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been duly served upon the below named by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed on this the 11th day of April, 2008.

Valerie Murry Smedley, Esq.
459 South McDonough Street
Montgomery, AL 36104

Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLENE LEWIS, )
)
Plaintiff, )
v. ) CASE NO. 2:08-cv-79-MEF
)
KENNEY M. HANCOCK, )
)
Defendant. )

# ORDER

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #3) filed on February 5, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on March 11, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 4, 2008. The defendant may file a reply brief on or before March 11, 2008.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.***

DONE this the 19th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

EXHIBIT
A

RECEIVED
2008 FEB -5 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**Charlene Lewis,**

**Plaintiff,**

**v.**

**Kenney M. Hancock,**

**Defendant.**

**Case No.:** ______________

**DEFENDANT KENNEY M. HANCOCK'S MOTION FOR SUMMARY JUDGMENT, NARRATIVE SUMMARY OF UNDISPUTED FACTS, AND BRIEF OF APPLICABLE LAW**

COMES NOW the Defendant, Kenney M. Hancock, by and through the undersigned counsel, and moves this Honorable Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to grant this Motion for Summary Judgment. In support thereof, the Defendant states the following:

1. There are no genuine issues of material fact.

2. The Defendant is entitled to judgment as a matter of law.

4. The Defendant offers the following in support of his Motion for Summary Judgment:

   a. All Pleadings;

   b. Narrative summary of undisputed facts;

   c. Brief of applicable law;

   d. Affidavit of Officer Steven Johnson;

   e. Alabama Uniform Accident Report, attached hereto as Exhibit A;

EXHIBIT B

f. Correspondence from Attorney Valerie Murry Smedley, attached hereto as Exhibit B.

WHEREFORE, premises considered, the Defendant respectfully requests that this Honorable Court grant his Motion for Summary Judgment.

## NARRATIVE SUMMARY OF UNDISPUTED FACTS

This lawsuit arises from an accident at or near the intersection of North Ripley Street and East Jefferson Street in Montgomery, Alabama. See Exhibit A and Affidavit of Officer Steven Johnson. This accident took place on December 11, 2005. Id. On December 11, 2007, the applicable two-year statute of limitation expired for this claim. Ala. Code (1975) § 6-2-38.

On December 31, 2007, the Plaintiff filed a Complaint against the Defendant in the Circuit Court for Montgomery County, Alabama. See Complaint, file-stamped on December 31, 2007 at 12:30 p.m. In the Complaint, the Plaintiff alleged the accident occurred "[o]n or about December 31, 2005." Id, at ¶ 5.

## BRIEF OF APPLICABLE LAW

### SUMMARY JUDGMENT STANDARD

Under Fed. R. Civ. P. 56(c) summary judgment is proper "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986). The party moving for summary judgment "always bears the initial responsibility of informing the district

court of the basis for its motion, and identifying those portions of the 'pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any,' which it believes demonstrate the absence of a genuine issue of material fact." Id. at 323. The movant may meet this burden by presenting evidence showing there is no dispute of material fact, or by showing that the nonmoving party has failed to present evidence in support of some element of its case on which it bears the ultimate burden of proof. Id. at 322-324. If the movant succeeds in demonstrating the absence of a material issue of fact, the burden shifts to the non-movant to establish, with evidence beyond the pleadings, that a genuine issue material to the non-movant's case exists. See Fitzpatrick v. City of Atlanta, 2 F.3d 1112, 1115-17 (11th Cir.1993); see also Fed. R. Civ. P. 56(e). ("When a motion for summary judgment is made and supported ··· an adverse party may not rest upon the mere allegations or denials of [his] pleading, but [his] response ··· must set forth specific facts showing that there is a genuine issue for trial."). What is material is determined by the substantive law applicable to the case. Anderson v. Liberty Lobby Inc., 477 U.S. 242, 248 (1986). A dispute of material fact "is 'genuine' … if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." Id. at 248. The non-movant "must do more than simply show that there is some metaphysical doubt as to the material facts." Matsushita Elec. Ind. Co. v. Zenith Radio Corp., 475 U .S. 574, 586 (1986). Rather, the non-movant must present "affirmative evidence" of material factual conflicts to defeat a properly supported motion for summary judgment. Anderson, 477 U .S. at 257. If the non-movant's response consists of nothing more than conclusory allegations, the court must enter summary judgment for the movant. See Holifield v. Reno, 115 F.3d 1555, 1564 n. 6 (11th Cir.1997); Harris v. Ostrout, 65 F.3d 912 (11th Cir.1995). However, if there is a conflict in the evidence,

"the [plaintiff's] evidence is to be believed and all reasonable inferences must be drawn in his favor." Anderson, 477 U.S. at 255; Molina v. Merritt & Furman Ins. Agency, 207 F.3d 1351, 1356 (11th Cir.2000). After the nonmoving party has responded to the motion for summary judgment, the court must grant summary judgment if there remains no genuine issue of material fact and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c).

**ARGUMENT**

The two-year statute of limitation for the accident made the basis of the Plaintiff's Complaint expired on December 11, 2007. Ala. Code (1975) § 6-2-38. The Plaintiff filed her Complaint on December 31, 2007, approximately twenty days after the expiration of the applicable statute of limitation. As a result, the Plaintiff's Complaint is untimely, and the Defendant is due judgment as a matter of law.

It is beyond dispute that the accident about which the Plaintiff filed her Complaint occurred on December 11, 2007. See Exhibit A and Affidavit of Officer Steven Johnson. Although the Plaintiff's Complaint states the accident occurred "[o]n or about December 31, 2005," the sworn testimony of the investigating officer and the accident report both place the accident on December 11, 2005. In addition to the sworn testimony of the investigating officer and the accident report, the Plaintiff's attorney sent several pieces of correspondence from her office's letterhead on which the accident date was listed as December 11, 2005. See Exhibit B.

Because it is beyond dispute that the accident occurred on December 11, 2005, ~~Therefore, it is also beyond dispute that~~ the statute of limitation applicable to the Plaintiff's claim expired on

December 11, 2007. As a result, the Plaintiff's Complaint is untimely, and the Defendant is due judgment as a matter of law.

WHEREFORE, premises considered, the Defendant respectfully requests that this Honorable Court grant his Motion for Summary Judgment.

Respectfully submitted this 5th day of February, 2008.

Michael L. White (ASB-4263-W86M)

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL 36101-0239
Tel:    (334) 264-9472
Fax:    (334) 264-9599

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been duly served upon the below named by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed on this the 5th day of February, 2008.

Valerie Murry Smedley, Esq.
459 South McDononough Street
Montgomery, AL 36104

Of Counsel

AFFIDAVIT OF OFFICER STEVEN JOHNSON

STATE OF ALABAMA )

COUNTY OF MONTGOMERY )

1. My name is Officer Steven Johnson and I am a resident and citizen of the State of Alabama. I am over the age of nineteen years (19) years and have personal knowledge of the matters contained herein.

2. I am currently employed with the Montgomery Police Department.

3. On December 11, 2005, I investigated an accident near the intersection of North Ripley Street and East Jefferson Street in Montgomery, Alabama, involving Kenney M. Hancock. I drafted the accident report attached hereto as Exhibit A.

4. This accident happened on December 11, 2005, as indicated on the accident report.

5. There was no appreciable time lapse between the accident and the time I drafted the accident report.

Further, affiant saith not.

STEVEN JOHNSON

SWORN TO and SUBSCRIBED before me on this the 23rd day of January, 2008.

Notary Public
My commission expires: 6-7-11

AST-27
REV. 1/91

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Shaded Areas To Be Used By Data Processing Only   # 5403   Sheet 1 of 1   Microfilm No.   Local Case No. 09878

## LOCATION AND TIME

Date (Month / Day / Year): 12 / 11 / 2005   Time: 1202 AM PM (PM circled)   Day of Week: S M T W TH F SA   County: 58   City: Montgomery   Rural

Highway Classification: I—Interstate   S—State   M—Municipal (circled)   F—Federal   C—County   P—Private Prop.   O—Other   Local Zone: 03

On Street, Road or Highway: N. Ripley St.   At Intersection of or Between (Node 1): E. Jefferson St.   And (Node 2): N/A

Street or Road Code: 6053   Node Code 1: 1024   Node Code 2: N/A   Feet / Miles From Node 1 or 2 (Circle One)

Intersection Related: 1 - Node 1   2 - Node 2   Not Int. Related (circled)   Node Part: N/A

Control Access: 1 - Main Rd   2 - Frontage Rd   3 - Intersection   4 - Entrance Ramp   5 - Exit Ramp   N/A

Prime Contr. Circums.: 74   Prime Contr. Unit No.: 1

First Harmful Event: 20   Event Location: 6   Distance to Fixed Object: N/A FT.

NON-COLLISION EVENT: 01 - Overturned   02 - Fire/Explosion   03 - Immersion   04 - [illegible]   05 - [illegible]   06 - [illegible]   07 - [illegible]   08 - Parts/Cargo Fell From Moving Vehicle   09 - Trailer Hitch Came Loose   19 - Other

COLLISION EVENT: 15 - Pedestrian(s)   20 - [illegible] Vehicle   30 - Parked Vehicle   35 - Train   40 - Pedal Cyclist   41 - Animal   51 - Guardrail   52 - Crash Cushion   53 - Utility Pole   54 - [illegible] Light   56 - Tree   58 - Fire Hydrant   57 - Post or Column   59 - [illegible] Sign   61 - [illegible]   62 - [illegible]   63 - [illegible]   65 - [illegible]   66 - Curbing   67 - [illegible]   70 - [illegible]   71 - [illegible]   72 - Fence   73 - [illegible]   74 - Ditch   75 - Overpass/Underpass   76 - Other Fixed Object   77 - [illegible]   78 - [illegible]   79 - [illegible]   80 - [illegible]   81 - [illegible] Light   82 - Overhead Object   84 - Bridge Abutment   87 - [illegible]   90 - [illegible] in Road   93 - [illegible]   97 - [illegible]   98 - Other

## UNIT NO. 1 — DRIVER

Driver Full Name: Kelley M. Hancock   Street Address: 404 Fore St   City and State: Monticello KY   ZIP: 42633   Telephone No.: 606 307-1203

DOB (Month / Day / Year): 09 30 1954   Race: W   Sex: M   DL State: KY   Driver License No.: H92-061-734   DL Class: D   DL Status: C   List Restrictions Not Complied With   CDL Status: N   List Endorsements Not Complied With   Residence Less Than 25 Miles: Yes No (No circled)

Place of Employment: Retired   Liability Insurance Co.: State Farm   Social Security No.: N/A

Driver Condition: No Defect (circled)   2 - Apparently Asleep   3 - Fatigued   4 - Ill   8 - Other   9 - Unknown   Sobriety   Officer's Opinion: Alcohol: Yes No Unk   Drugs: Yes No Unk   Type Test Given: No Test   1 - Blood Test   2 - Breath Test   3 - Urine Test   4 - Unable to Administer   5 - Refused Test   Test Results: N/A

LEFT SCENE

Maneuver: 01   Travel Road Name: N. Ripley St.   Road Code: 6053   Travel Direction: N E S W (S circled)   A-Not on Rd   U-Unk   Other Contr. Circumstance: 97   Prime Harm. Event: 20   Event Loc.: 6

## COM VEH

Veh. Year: 2002   Make: Dodge   Model: D.S.   Body: N/A   V.I.N.: 1B4HS48N52F185245   License Tag Number: 4775-PC   State: KY   Year: 2005

Owner's Name: Same   Street or R.F.D.   City   State   ZIP

## VEHICLE — UNIT 1

Type: 1 - Auto   2 - StatWagon   3 - Pick Up (circled)   4 - Van   5 - Truck Tractor   6 - Other Truck   7 - Comm. Bus   8 - School Bus   9 - Other Bus   10 - Motorcycle   11 - Moped   12 - M. Scooter   13 - Pedal Cycle   14 - Farm Mach.   15 - Train   16 - Road Equip.   17 - Ridden Animal   18 - M. Home (R.V.)   19 - ATV   98 - Other

Usage: 1 - Personal (circled)   2 - Driver Trng.   3 - Construction   4 - Ambulance/Paramedical   5 - Military   6 - Taxi   7 - Transport Prop.   8 - Agriculture   9 - Wrecker/Tow   10 - Police   11 - Other Business   12 - Bus/Pass. Transport   13 - Fire Fighting   98 - Other

Placard: Yes No N/A (N/A circled)

Hazardous Cargo: 1 - None (circled)   2 - Explosive   3 - Gas   4 - Flam/Combust Liq.   5 - Flammable Solids   6 - Oxidizer/Peroxide   7 - Poison   8 - Radioactive Mat.   9 - Corrosive Material   98 - Other

Attachment: 1 - None (circled)   2 - Mobile Home   3 - Semi Trailer   4 - Utility Trailer   5 - 4-Wheel Trailer   6 - Boat Trailer   7 - Camper Trailer   8 - Towed Vehicle   9 - Tanker   10 - Pole Trailer   11 - Double Trailer   98 - Other

Oversized Load (Req. Permit): Yes No N/A (N/A circled)   If Yes, Did Owner Have Permit?: Yes No N/A (N/A circled)

Contributing Defect: 97 - None (circled)   1 - Brakes   2 - Steering   3 - Power Plant   4 - Suspension   5 - Tires   6 - Exhaust   7 - Lights   8 - Turn Signal   9 - Windows/W. Shield   10 - Restraint Sys.   11 - Wheels   12 - Truck Coupling   13 - Cargo   14 - Fuel System   98 - Other   99 - Unknown

Circle Areas Damaged On Diagram: 10 Under Carriage   15 N/A   11 Attachment   Enter Point of Initial Impact

Speed Limit: 35 MPH   Est. Speed: ??? MPH   Citation Offense Charged: N/A   Damage Severity: 1 - None Visible   2 - Not Disabled   3 - Disabled (circled)   Vehicle Towed Away?: Yes (circled) No   Occupants in Unit: 2

Vehicle Towed By Whom: B&L   To Where: B&L's Lot

## UNIT NO. 2 — DRIVER

Driver (Pedestrian) Full Name: Matthew Lewis   Street Address: 5220 Jack Dr.   City and State: Mont. AL   ZIP: 36110   Telephone No.: 334 220-4023

DOB (Month / Day / Year): 08 24 1960   Race: B   Sex: M   DL State: AL   Driver License No.: 4014274   DL Class: 2M   DL Status: C   List Restrictions Not Complied With   CDL Status: N   List Endorsements Not Complied With   Residence Less Than 25 Miles: Yes (circled) No

Place of Employment: Montgomery County Commission   Liability Insurance Co.: Southern United Fire   Social Security No.: N/A

Driver/Ped Condition: No Defect (circled)   2 - Apparently Asleep   3 - Fatigued   4 - Ill   8 - Other   9 - Unknown   Sobriety   Officer's Opinion: Alcohol: Yes No Unk   Drugs: Yes No Unk   Type Test Given: No Test   1 - Blood Test   2 - Breath Test   3 - Urine Test   4 - Unable to Administer   5 - Refused Test   Test Results: N/A

LEFT SCENE

Maneuver/Action: 01   Travel Road Name: E. Jefferson St.   Road Code: 6   Travel Direction: N (circled) E S W   A-Not on Rd   U-Unk   Other Contr. Circumstance: 97   Prime Harm. Event: 20   Event Loc.: 6

## COM VEH

Veh. Year: 1996   Make: Ford   Model: AVA   Body: 4D   V.I.N.: 4T18F12B0TU097060   License Tag Number: 3B7455P   State: AL   Year: 2006

Owner's Name: Same   Street or R.F.D.   City   State   ZIP

## VEHICLE OR PEDESTRIAN — UNIT 2

Type: 1 - Auto (circled)   2 - StatWagon   3 - Pick Up   4 - Van   5 - Truck Tractor   6 - Other Truck   7 - Comm. Bus   8 - School Bus   9 - Other Bus   10 - Motorcycle   11 - Moped   12 - M. Scooter   13 - Pedal Cycle   14 - Farm Mach.   15 - Train   16 - Road Equip.   17 - Ridden Animal   18 - M. Home (R.V.)   19 - ATV   98 - Other

Usage: 1 - Personal (circled)   2 - Driver Trng.   3 - Construction   4 - Ambulance/Paramedical   5 - Military   6 - Taxi   7 - Transport Prop.   8 - Agriculture   9 - Wrecker/Tow   10 - Police   11 - Other Business   12 - Bus/Pass. Transport   13 - Fire Fighting   98 - Other

Placard: Yes No N/A (N/A circled)

Hazardous Cargo: 1 - None (circled)   2 - Explosive   3 - Gas   4 - Flam/Combust Liq.   5 - Flammable Solids   6 - Oxidizer/Peroxide   7 - Poison   8 - Radioactive Mat.   9 - Corrosive Material   98 - Other

Attachment: 1 - None (circled)   2 - Mobile Home   3 - Semi Trailer   4 - Utility Trailer   5 - 4-Wheel Trailer   6 - Boat Trailer   7 - Camper Trailer   8 - Towed Vehicle   9 - Tanker   10 - Pole Trailer   11 - Double Trailer   98 - Other

Oversized Load (Req. Permit): Yes No N/A (N/A circled)   If Yes, Did Owner Have Permit?: Yes No N/A (N/A circled)

Contributing Defect: 97 - None (circled)   1 - Brakes   2 - Steering   3 - Power Plant   4 - Suspension   5 - Tires   6 - Exhaust   7 - Lights   8 - Turn Signal   9 - Windows/W. Shield   10 - Restraint Sys.   11 - Wheels   12 - Truck Coupling   13 - Cargo   14 - Fuel System   98 - Other   99 - Unknown

Circle Areas Damaged On Diagram: 10 Under Carriage   15 N/A   11 Attachment   Enter Point of Initial Impact: 2

Speed Limit: 30 MPH   Est. Speed: ??? MPH   Citation Offense Charged: N/A   Damage Severity: 1 - None Visible   2 - Not Disabled (circled)   3 - Disabled   Vehicle Towed Away?: Yes No (No circled)   Occupants in Unit: 0

Vehicle Towed By Whom: N/A   To Where: N/A

## CODES

Contributing Circumstances: 01 - Improper Parking   02 - Improper Lane Change/Usage   03 - Improper Turn/U-Turn   04 - Following Too Close   05 - Misjudge Stopping Dist.   06 - Over Speed Limit   07 - Avoid Object/Person/Veh   08 - Unseen Object/Person/Veh   09 - Improper Backing   10 - [illegible] Traffic Control   11 - Improper/No Signal   12 - Fail to Heed Sign/Signal   13 - Improper Driving Lane   14 - Road Defect   15 - [illegible]   16 - Defective Equipment   17 - DUI   18 - Under Min. Speed   19 - Improper Lane/Side   20 - Improper Attachment   21 - Fail to Yield Right-of-Way   22 - Driver Condition   23 - Wrong Side of Road   24 - Veh. Pushed/Towed by Veh.   25 - Veh. Pushed by Person   26 - Veh. Left Road   27 - Driver Not in Control   28 - Load Shift   29 - Parts/Cargo from Veh.   30 - Ped Violation   31 - Veh. [illegible]   32 - [illegible]   33 - [illegible] Parking   97 - None   98 - Other   99 - Unknown

Driver Maneuver: 01 - Go Straight Ahead   02 - Pass on Left   03 - Pass on 1-Way Street   04 - Pass on Right   05 - Go Straight—Left Turn Lane   06 - Go Straight—Right Turn Lane   07 - Change Lanes—Left   08 - Change Lanes—Right   09 - Merge—Left   10 - Merge—Right   11 - Wrong Side of Road   12 - Wrong Way—1-Way   13 - Right Turn   14 - Left Turn   15 - U-Turn   16 - Start from Park   17 - Start in Traffic   18 - Slowing/Stopping   19 - Stopped in Traffic   20 - Avoid Object in Road   21 - Leaving Parked Road/Property   80 - PedlCyc Ride with Traffic in Road   81 - PedlCyc Ride with Traffic not Road   82 - PedlCyc Ride Against Traffic in Rd.   83 - PedlCyc Ride Against Traffic not Rd.   84 - PedlCyc Ride Across Road   85 - PedlCyc Ride in Bike Path   70 - Enter Parked Position   71 - Parked—Legally   72 - Parked—Illegally   81 - Backing   84 - Pushed by Vehicle   87 - Pushed by Pedestrian   98 - Other   99 - Unknown

Pedestrian Action: 01 - Cross/Enter—Intersection   02 - Cross/Enter—Other   03 - Walk in Road—With Traffic   04 - Walk in Road—Against Traffic   05 - [illegible]   06 - [illegible]   07 - [illegible]   08 - [illegible]   09 - [illegible]   10 - [illegible]   11 - [illegible]   98 - Other   99 - Unknown

Event Loc.: 1 - On Roadway   2 - Off Roadway   3 - Median   4 - Driveway   5 - Private Road/Property

EXHIBIT A

tabbies

SEATING

Unit 1: 1 | 42 | 42

Other Involved Unit (Circle One): 12 - Pedestrian; 13 - Rider of Domestic Animal; 14 - Occ of Non-Motorized Vehicle; 15 - Victim of Other Circumstances/Codes Not Applicable

Other Involved Safety Equipment

Unit 2: 2 | 42 | 42

Other Involved Unit (Circle One): 12 - Pedestrian; 13 - Rider of Domestic Animal; 14 - Occ of Non-Motorized Vehicle; 15 - Victim of Other Circumstances/Codes Not Applicable

Other Involved Safety Equipment

VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Eject-tion | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Kelley M. Harlock | 404 Fall St Montgomery | 1 | 1 | C | 51 | F | N | N |

Taken To: NOT TRANSPORTED

Taken By

Name / Address: N/A

Taken To / Taken By

CODES

X - Killed; B - Bruise/Abrasion/Swelling. Injury Type: A - Visible or Carried from Scene; C - Not Visible—Has Pain/Faint. N - Not; F - Fully; P - Partially. Ejected: T - Trapped; U - Unknown; A - Not Applicable. A - Ambulance Attended; D - Doctor. First Aid By: M - Paramedic; O - Other; P - Police; U - Unknown; N - None

CODES — SAFETY EQUIPMENT: 01 - None Indicated; 95 - Not Applicable; 96 - Unknown (Any Type). Lap Belt Only: 11 - Fastened; 12 - Not Fastened. Lap/Shoulder Restraint: 21 - Lap Only Used; 22 - Neither Used; 23 - Shoulder Only Used; 24 - Both Used. Motorcycle Helmet: 31 - None Used; 32 - Used. Air Bags: 41 - Deployed, Belts Used; 42 - Not Deployed, Belts Used; 43 - Deployed, Belts Not Used; 44 - Not Deployed, Belts Not Used. Child Restraint: 51 - Child Restraint Used; 52 - Other Restraint Used; 53 - None Used. Pedal Cycle/Pedestrian: 61 - Contrasting Clothing; 62 - Non-contrasting Clothing

NARRATIVE AND DIAGRAM

N. RIPLEY ST

E. JEFFERSON ST

N

NOT TO SCALE

Officer's Opinion of What Happened: THE WITNESS STATED THAT THEY WERE BEHIND VEH #2 WHEN VEH #2 ENTERED THE INTERSECTION ON A CIRCULAR GREEN AND WAS STRUCK BY VEH #1

ROADWAY ENVIRONMENT

For Each Roadway Environment Field Circle One Entry for Each Involved Unit

Unit 1: 1 — Unit 2: 2

Contributing Road Defect: None; 1 - Shoulders Low; 2 - Shoulders High; 3 - Holes, Bumps, Etc; 8 - Other

Surface Construction: Asphalt; 2 - Concrete; 3 - Brick; 4 - Unpaved; 8 - Other

Condition: Dry; 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 6 - Muddy; 8 - Other

Accident In Or Related To Road Construction Zone? Yes / No

Material in Roadway (Contributing): None; 2 - Rocks; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Fluids; 8 - Other

Material Source: Not Applicable; 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already in Road But Fell From Vehicle; 8 - Other; 9 - Unknown

Character: 1 - Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; 5 - Curve—Level; 6 - Curve—Down Grade; 7 - Curve—Up Grade; 8 - Curve—Hillcrest

Vision Obscured By: 97 - Not Obscured; 1 - Buildings; 2 - Signboards; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve in Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Veh Clutter; 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 98 - Other; 99 - Unknown

Traffic Control: 1 - Police Officer; 2 - RR Crossing Gates; 3 - RR Flashing Lights; 4 - RR Cross Bucks/Pave Mark; 5 - Pedestrian Control; 6 - Traffic Signal; 7 - Flashing Beacon; 8 - Stop Sign; 9 - Yield Sign; 10 - Lane Control Device; 11 - Flagger; 12 - No Passing Zone; 97 - None; 98 - Other

Traffic Control Functioning: Yes / No / N/A

DOT Railroad Crossing No: NA

Opposing Lanes Separated By: 97 - None; 1 - Paved Surface; 2 - Unpaved Surface; 3 - Broken Painted Line; 4 - Solid Painted Line; 5 - Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 98 - Other Barrier

Trafficway Lanes: 1 - One Lane; 2 - Two Lanes; 3 - Three Lanes; 4 - Four Lanes; 5 - Five Lanes; 6 - Six Lanes or More

One-Way Street: Yes / No

Light: 1 - Daylight; 2 - Dawn; 3 - Dusk; 4 - Darkness—Road Not Lit; 5 - Darkness—Road Lit

Weather: 1 - Clear; 2 - Cloudy; 3 - Rain; 4 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other

Locale: 1 - Open Country; 2 - Residential; 3 - Shop'g or Business; 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other

Non-Vehicular Property Damage: 1 - None Visible; 2 - Light; 3 - Moderate; 4 - Severe

Property Damage Description / Description / Owner: NA / Address

INVESTIGATION

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 1203 PM | 1207 PM | 1209 PM | NA |

Witness Full Name: N/A — Address

Witness Full Name: RICH ANDERSON — Address: 33 N. CAPITOL PKWY MONTG AL 36104 — Telephone: 334-263-7265

Name of Investigating Officer: CPL S.M. JOHNSON — Officer ID: 01 — Agency ORI: 0030100

Name of Other Investigating Officer(s) at Scene: N/A — Officer ID — Agency ORI — Supervisor Reviewed

The data on this report reflects my best knowledge, opinion and belief concerning the accident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: Cpl. S.M. [signature] — Date: 12-11-05

LAW OFFICES

VALERIE MURRY SMEDLEY

ATTORNEY AT LAW
459 SOUTH McDONOUGH STREET
MONTGOMERY, ALABAMA 36104

(334) 230-9596

FAX: (334) 230-9566

September 17, 2007

Mr. Jason Dean
Claims Adjuster
State Farm Insurance Company
P.O. Box 830852
Birmingham, AL 35283-0852

**FAXED: 888-529-1508**

RE:  My Client:        Matthew Lewis
     Your Insured:     Kenny Hancock
     Date of Accident: December 11, 2005
     Claim No:         17-9469-890

Dear Mr. Dean:

Sincerely,

Valerie Murry Smedley

Cc: Mr. Matthew Lewis

EXHIBIT

B

LAW OFFICES

VALERIE MURRY SMEDLEY

ATTORNEY AT LAW
459 SOUTH McDONOUGH STREET
MONTGOMERY, ALABAMA 36104

(334) 230-9596

FAX: (334) 230-9566

August 28, 2007

Mr. Jason Dean
Claims Adjuster
P.O. Box 830852
Birmingham, AL 35283-0852

**FAXED: 888-529-1508**

RE: My Client: Matthew Lewis
Your Insured: Kenny Hancock
Date of Accident: December 11, 2005
Claim No: 17-9469-890

Dear Mr. Dean:

Sincerely,

Valerie Murry Smedley

cc: Mr. Matthew Lewis

LAW OFFICES

VALERIE MURRY SMEDLEY

ATTORNEY AT LAW
459 SOUTH McDONOUGH STREET
MONTGOMERY, ALABAMA 36104

(334) 230-9596

FAX: (334) 230-9566

August 20, 2007

Mr. Jason Dean
Claims Adjuster
State Farm Insurance Company
P.O. Box 830852
Birmingham, AL 35283-0852

**FAXED: 888-529-1508**

RE: My Client: Matthew Lewis
Your Insured: Kenny Hancock
Date of Accident: December 11, 2005
Claim No: 17-9469-890

Dear Mr. Dean:

Sincerely,

Nicole Abro
Legal Assistant

For: Attorney Valerie M Smedley

Cc: Mr. Matthew Lewis

LAW OFFICES

VALERIE MURRY SMEDLEY

ATTORNEY AT LAW
459 SOUTH McDONOUGH STREET
MONTGOMERY, ALABAMA 36104

(334) 230-9596

FAX: (334) 230-9566

August 15, 2007

Mr. Jason Dean
Claims Adjuster
P.O. Box 830852
Birmingham, AL 35283-0852

**FAXED: 888-529-1508**

RE: My Client: Matthew Lewis
Your Insured: Kenny Hancock
Date of Accident: December 11, 2005
Claim No: 17-9469-890

Dear Mr. Dean:

Sincerely,

Valerie Murry Smedley

cc: Mr. Matthew Lewis

LAW OFFICES

VALERIE MURRY SMEDLEY

ATTORNEY AT LAW
459 SOUTH McDONOUGH STREET
MONTGOMERY, ALABAMA 36104

(334) 230-9596

FAX: (334) 230-9566

August 6, 2007

Mr. Jason Dean
Claim Representative
State Farm Insurance Companies
P.O. Box 830852
Birmingham, AL    35283-0852

RE:    My Client:          Matthew Lewis
       Your Insured:       Kenny Hancock
       Date of Loss:       December 11, 2005
       Claim No.:          17-9469-890

Dear Mr. Dean:

Sincerely,

Valerie Murry Smedley

cc:    Mr. Matthew Lewis

LAW OFFICES

VALERIE MURRY SMEDLEY

ATTORNEY AT LAW
459 SOUTH McDONOUGH STREET
MONTGOMERY, ALABAMA 36104

(334) 230-9596

FAX: (334) 230-9566

June 15, 2007

Ms. Georgia Robertson
Claims Adjuster
State Farm Insurance Company
P.O. Box 830852
Birmingham, AL 35283

RE: My Client: Matthew Lewis
Your Insured: Sherry Kelsay
Date of Accident: December 11, 2005
Claim No. 17-9469-890

Dear Ms. Robertson:

Sincerely,

Valerie Murry Smedley

Enclosure

LAW OFFICES

VALERIE MURRY SMEDLEY

ATTORNEY AT LAW
459 SOUTH McDONOUGH STREET
MONTGOMERY, ALABAMA 36104

(334) 230-9596

FAX: (334) 230-9566

January 27, 2006

State Farm Insurance
Auto Claim Central
P.O. Box 830852
Birmingham, AL 35283-0852

RE: My Client: Charlene Lewis
Your Insured: Sherry Kelsay
Date of Accident: December 11, 2005
Claim #: 179469890

Dear Sirs/Madam:

Sincerely,

Valerie Murry Smedley

Cc: Charlene Lewis

RECEIVED

JAN 3 1 2005

CIOS AUTO

LAW OFFICES

VALERIE MURRY SMEDLEY

ATTORNEY AT LAW
459 SOUTH McDONOUGH STREET
MONTGOMERY, ALABAMA 36104

(334) 230-9596

FAX: (334) 230-9566

December 22, 2005

17-9469-890 IC

State Farm Insurance
Auto Claim Central
Team #5
P.O. Box 830852
Birmingham, AL 35283-0852

RE: My Client: Matthew Lewis
Your Insured: Sherry Kelsay
Date of Accident: December 11, 2005
Claim #: 179469890

Dear Sirs/Madam:

Sincerely,

Valerie Murry Smedley

Cc: Matthew Lewis

RECEIVED
DEC 27 2005
CIOS AUTO