IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLENE LEWIS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:08-cv-79-MEF |
| | ) |
| KENNEY M. HANCOCK, | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

On February 5, 2008, Defendant filed a Motion for Summary Judgment. (Doc. # 3). On February 19, 2008, the Court ordered that Plaintiff file a response on or before March 11, 2008. (Doc. # 7). Plaintiff did not comply with that Order.

Accordingly, it is hereby

ORDERED that on or before June 10, 2008, Plaintiff shall file either (1) a response in opposition to Defendant's Motion for Summary Judgment or (2) a certification that Plaintiff concedes that Defendant's Motion for Summary Judgment is due to be granted. Failure to comply with this Order may result in sanctions of Plaintiff's counsel pursuant to Rule 16(f)(1) of the Federal Rules of Civil Procedure.

Done this 5th day of June, 2008.

                                                                   /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE