IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLENE LEWIS,                           )
                                          )
      Plaintiff,                        )
                                          )
v.                                        )         CASE NO. 2:08-cv-79-MEF
                                          )
KENNEY M. HANCOCK,                        )
                                          )
      Defendant.                        )

## ORDER

On February 5, 2008, Defendant filed a Motion for Summary Judgment. (Doc. #

3). On February 19, 2008, the Court ordered that Plaintiff file a response on or before

March 11, 2008. (Doc. # 7). Plaintiff did not comply with that Order.

On June 5, 2008, the Court ordered that Plaintiff file a response to the motion or

certify that it is due to be granted on or before June 10, 2008. (Doc. # 15). Plaintiff did

not comply with that Order.

Because Plaintiff has defied two of the Court's Orders, it is hereby ORDERED as

follows:

(1)    Plaintiff's claims in this case are DISMISSED WITH PREJUDICE

       pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for

       Plaintiff's failure to prosecute her claims and comply with this Court's

Orders.[1]

(2)    Plaintiff's attorney shall be sanctioned pursuant to Rule 16(f) for failing to

obey the Court's Orders.  On or before June 27, 2008, Defendant may

submit a statement concerning his fees and costs incurred in defending this

suit, including attorney's fees, that he wishes the Court to consider when it

determines the amount of the sanction of Plaintiff's attorney.

(3)    A separate Final Judgment will be entered at a later date.

Done this the 16th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court has reviewed Defendant's Motion for Summary Judgment and supporting evidence.  (Doc. # 3).  The evidence, when viewed in the light most favorable to Plaintiff, shows that the Plaintiff filed this case after the expiration of the applicable statute of limitations.  Therefore, as an alternative reason for dismissing this case, the Court would grant Defendant's Motion for Summary Judgment.