IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JUN 16  P 3:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CHARLENE LEWIS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CASE NO.: |
| V. ) | |
| ) | 2:08-CV-79-MEF-CSC |
| KENNEY M. HANCOCK, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## ATTORNEYS FEES AND EXPENSES

COMES NOW Counsel for the Defendant, Kenney M. Hancock, and submits to this Honorable Court for its consideration, the attached Affidavit related to the above-styled cause. As grounds therefore, counsel for the Defendant states:

1) On June 16, 2008, this Court entered an Order granting the dismissal of this matter with prejudice.

2) Pursuant to this Court's Order entered on June 16, 2008, counsel for the Defendant submits the attached Affidavit for the consideration of this Court in determining sanctions of Plaintiff's attorney.

Respectfully Submitted,

_____
MICHAEL L. WHITE (WHI095)

1

2

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, AL 36101
Telephone: 334-264-9472
Facsimile: 334-264-9599

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been duly served upon the below named by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed on this the 16th day of June, 2008.

Valerie Murry Smedley, Esq.
459 South McDonough Street
Montgomery, AL 36104

_____
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLENE LEWIS, | ) |
| PLAINTIFF, | ) |
| V. | ) CASE NO.: |
| KENNEY M. HANCOCK, | ) 2:08-CV-79-MEF-CSC |
| DEFENDANT. | ) |

## AFFIDAVIT

My name is Michael L. White and I am the attorney for the Defendant Kenney M. Hancock. I have personal knowledge of the facts referenced herein.

My firm first began handling the defense of this matter on January 17, 2008, and between that time and today's date, we have worked 16.7 hours on the case, with total legal fees of $1,619.00. Additionally, my client has incurred $357.00 in expenses, which is comprised of $350.00 for the removal/filing fee, and $7.00 for online access to court records relating to the case.

Attached hereto as Exhibit "A" is a breakdown of my firm's time and expenses related to the case.

Further Affiant saith not.

_____
MICHAEL L. WHITE (WHI095)

1

STATE OF ALABAMA        )

MONTGOMERY COUNTY       )

    I, _Patricia Dyken_____, a Notary Public, in and for said State and County, hereby certify that **Michael L. White,** whose name is signed to the foregoing, and who is known to me, acknowledged before me on this date that being informed of its content, he executed the same voluntarily on the day the same bears date.

    Given under my hand and seal this _16th_ day of June, 2008.

_Patricia Dyken_____
NOTARY PUBLIC
My Commission Expires: _04-16-2011_

2





## Lewis v. Hancock (10-761)

Kelly McBurnett (10)

Code:
Staff: MLW

Billing  Add  Print

**Last Billed Date:** 5/19/2008     Expand All   Collapse All

# Time

### Billed

| Date | Description | Hrs | Amt | Staff |
|---|---|---|---|---|
| 5/08/2008 | Call with Ms. McBurnett regarding way to get motion for summary judgment before court | 0.20 | $20.00 | MLW |
| 4/16/2008 | Receive and review scheduling order; correspondence to Kelly McBurnett regarding trial date, motion for summary judgment issues | 0.30 | $30.00 | MLW |
| 4/11/2008 | Prepare and send Interrogatories, Request for Production, and notice of taking deposition to plaintiff; prepare and file Motion to Set Hearing On MSJ; prepare and file proposed discovery plan | 1.20 | $120.00 | MLW |
| 3/28/2008 | Receive and review plaintiff's corporate disclosure information | 0.20 | $20.00 | MLW |
| 3/12/2008 | Receive and review complex scheduling order; receive and review notice from court regarding plaintiff's deficiency in not filing of statement of legal entity | 0.40 | $40.00 | MLW |
| 3/10/2008 | Receive and review order regarding response to motion for summary judgment; receive and review notice of plaintiff's deficiency regarding corporate disclosure | 0.30 | $30.00 | MLW |
| 2/19/2008 | Correspondence from Judge Fuller regarding our motion for summary judgment, to be heard without oral argument | 0.20 | $20.00 | MLW |
| 2/13/2008 | Draft corporate/individual conflicts disclosure statement and file same with court | 0.30 | $30.00 | MLW |
| 2/06/2008 | Long call with Mr. Hancock regarding license reinstated, removal issues; online check regarding Judge Coody assigned case | 0.40 | $40.00 | MLW |
| 2/05/2008 | Revise and file Notice of Removal in state court; prepare and file Notice of Filing Notice of Removal in federal court; prepare and file Answer; prepare and file Motion for Summary Judgment | 1.20 | $120.00 | MLW |
| 2/05/2008 | Correspondence to Mr. Hancock regarding our representation, removal to federal court, and our filing a motion for summary judgment on his behalf | 0.30 | $30.00 | MLW |
| 2/01/2008 | Long call with Mr. Hancock regarding our representation, summary judgment | 0.50 | $50.00 | MLW |
| 1/30/2008 | Lengthy search for Mr. Hancock; work on Motion for Summary Judgment; call to Ms. McBurnett regarding same | 2.30 | $230.00 | MLW |
| 1/23/2008 | Draft Motion for Summary Judgment | 1.20 | $108.00 | GBC |
| 1/23/2008 | Prepare for and attend personal interview of Officer Steven Johnson for signing of Affidavit; Travel to Montgomery Police Department | 0.90 | $81.00 | GBC |
| 1/23/2008 | Draft removal documents for Federal Court notice; Draft notice to State Court of removal to Federal Court | 1.80 | $162.00 | GBC |
| 1/22/2008 | Phone conference with Officer Steven Johnson re: accident date, accident report, and Affidavit | 0.40 | $36.00 | GBC |
| 1/22/2008 | Draft Affidavit of Officer Steven Johnson | 0.40 | $36.00 | GBC |
| 1/21/2008 | Brief research re: removal of claim after expiration of applicable Statute of Limitations | 0.40 | $36.00 | GBC |
| 1/21/2008 | Receive and review lengthy claim file; call with Ms. McBurnett regarding removal or leave in circuit court | 2.70 | $270.00 | MLW |
| 1/17/2008 | Call with Ms. McBurnett regarding new suit; review new | 0.30 | $30.00 | MLW |

|  | | Hrs | Amt | Staff |
|---|---|---|---|---|
| | suit papers | | | |
| **TOTALS** | | 15.90 | $1,539.00 | |

*Unbilled*

| Date | Description | Hrs | Amt | Staff |
|---|---|---|---|---|
| 6/11/2008 | Check out records regarding if plaintiff responded to motion for summary judgment; call to Ms. McBurnett regarding same | 0.40 | $40.00 | MLW |
| 6/05/2008 | Receive and review order regarding plaintiff must respond to motion for summary judgment by 06/10/08; call to Ms. McBurnett regarding same | 0.20 | $20.00 | MLW |
| 5/21/2008 | Correspondence to Valerie Smedley regarding discovery responses overdue | 0.20 | $20.00 | MLW |
| **TOTALS** | | 0.80 | $80.00 | |
| **All Time Totals** | | **16.70** | **$1,619.00** | |

# Expenses

*Billed*

| Date | Description | Qty | Amt | Staff |
|---|---|---|---|---|
| 1/15/2008 | Alabama Interactive | 1.00 | $7.00 | PD |
| 2/05/2008 | Filing Fee (U. S. District Court-Middle District of Alabama) | 1.00 | $350.00 | MLW |
| **TOTALS** | | 2.00 | $357.00 | |

*Unbilled*

| Date | Description | Qty | Amt | Staff |
|---|---|---|---|---|
| **TOTALS** | | 0.00 | $0.00 | |
| **All Expense Totals** | | **2.00** | **$357.00** | |