IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLENE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-79-MEF |
| | ) | |
| KENNEY M. HANCOCK, | ) | (WO- Do Not Publish) |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Consistent with the prior proceedings and orders in this case, it is ORDERED and ADJUDGED as follows:

(1)     With respect to all claims in this action by Plaintiff Charlene Lewis against Defendant Kenney M. Hancock, judgment is ENTERED in favor of Defendant and against Plaintiff.

(2)     Costs are TAXED against Plaintiff Charlene Lewis and in favor of Defendant Kenney M. Hancock, for which execution shall issue.

(3)     All pending deadlines are TERMINATED, all pending hearings are CANCELLED, and all pending motions are hereby DENIED as MOOT.

(4)     Due to the pattern of inexcusable conduct and repeated failure to comply with orders of this Court in this case, the Court hereby ORDERS that Valerie Murry Smedley be SANCTIONED pursuant to this Court's authority under Federal Rule of Civil Procedure 16(f).  The factual predicate for the imposition of sanctions is simple.  Ms. Smedley has

repeatedly failed to comply with the orders of this Court, in particular its scheduling orders, and her failure to comply with these orders is without substantial justification. It is ORDERED that Ms. Smedley shall pay to the Michael L. White of Webster, Henry, Lyons & White, P.C. the sum of **$1,539.00** on or before **September 19, 2008.** It is further ORDERED that immediately upon payment of this amount, Ms. Smedley shall file with this Court a written certification signed pursuant to Federal Rule of Civil Procedure 11 indicating that she has paid the fine. A copy of the receipt for payment of the fine shall be attached as an exhibit to this certification. It is further ORDERED that Ms. Smedley shall pay this fine herself and shall not seek to recover it as an expense from her client. **Failure to comply with any aspect of this Order or any other Order by this Court may result in the imposition of further sanctions.**

(5) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

Done this the 26th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE